NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAUL BENCOMO,**
*Petitioner,*

v.

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent.*

---

2011-3106

---

Petition for review of the Merit Systems Protection Board in case no. DA0752090332-I-1.

---

## ON MOTION

---

## ORDER

The Department of Homeland Security moves without opposition to temporarily treat as confidential the joint appendix filed in this case.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

OCT 3 1 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Thomas G. Roth, Esq.
     Allison Kidd-Miller, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 3 1 2011

JAN HORBALY
.  CLERK